# EXHIBIT A

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 7 of the United States Bankruptcy Code,
entered on 03/08/2018 at 09:49 AM and filed on 03/08/2018.

**Instamotor Inc.**
650 5th Street
Suite 402
San Francisco, CA 94107
Tax ID / EIN: 46-5386247

The debtor's attorney is:

**Kimberly S. Fineman**
Nuti Hart LLP
411 30th St. #408
Oakland, CA 94609
(415) 722-9718

The case was assigned case number 18-30252.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 450 Golden Gate Avenue, 18th Fl., Mail
Box 36099, San Francisco, CA 94102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Edward J. Emmons**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/08/2018 09:49:41 | | |
| **PACER Login:** | nutihartllp:4950579:0 | **Client Code:** | 1045-ksf |

| Description: | Notice of Filing | Search Criteria: | 18-30252 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Instamotor Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5386247** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **650 5th Street** **Suite 402** **San Francisco, CA 94107** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.instamotor.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Instamotor Inc.**                                      Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __5182__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Case: 18-30252   Doc# 1   Filed: 03/08/18   Entered: 03/08/18 09:49:09   Page 2 of 5

Debtor  **Instamotor Inc.**  _____  Case number *(if known)* _____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor   **Instamotor Inc.**

_____   Case number (*if known*) _____

Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 8, 2018**
_____
MM / DD / YYYY

**X** **/s/ Valentin Gui**
_____
Signature of authorized representative of debtor

**Valentin Gui**
_____
Printed name

Title   **Co-Founder / Corporate Secretary**
_____

**18. Signature of attorney**

**X** **/s/ Kimberly S. Fineman**
_____
Signature of attorney for debtor

Date   **March 8, 2018**
_____
MM / DD / YYYY

**Kimberly S. Fineman**
_____
Printed name

**NUTI HART LLP**
_____
Firm name

**411 30th Street**
**Suite 408**
**Oakland, CA 94609-3311**
_____
Number, Street, City, State & ZIP Code

Contact phone   **510-506-7152**      Email address   **kfineman@nutihart.com**

**184433 CA**
_____
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

## RESOLUTION OF BOARD OF DIRECTORS TO
## AUTHORIZE FILING OF BANKRUPTCY PETITION

**Instamotor, Inc., a Delaware corporation**

**March 7, 2018**

The undersigned being all of the members of the Board of Directors of Instamotor, Inc. (the "Company"), and having met pursuant to the bylaws of the Company, and notice of such meeting have been satisfied or waived; and

The Board of Directors having been advised concerning the financial condition of the Company, and, specifically, that the Company is insolvent and unable to pay its debts when due; and

It appearing in the business judgment of the Board of Directors that it would be in the best interests of the Company, its creditors, shareholders and other interested parties to file a voluntary petition under Chapter 7 of the Bankruptcy Code, it is hereby

RESOLVED, that the Company initiate a case under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California, San Francisco Division; and it is further

RESOLVED, that Sylvain Bohy and Valentin Gui (each an "Authorized Officer") are authorized and directed to prepare or cause to be prepared all documents, petitions, pleading and other instruments necessary, or in the sole discretion of the Authorized Officer appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

RESOLVED, that the Authorized Officer is authorized and directed to employ and retain the law firm of Nuti Hart LLP to represent the Company in its case under the Bankruptcy Code upon such retained and compensation agreement as may seem in the sole discretion of the Authorized Officer to be appropriate.

INSTAMOTOR, INC., a Delaware corporation

By: _____
Sylvain Bohy, CEO, CFO and Director

By: _____
F449606691004E9...
Valentin Gui, Secretary and Director

By: _____
David Wu
23100GDD417F435...
David Wu, Director

By: _____
Pete McCormick
468602DB87EE48A...
Peter McCormick, Director