GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: mgreenstone@glancylaw.com

*Attorneys for Plaintiff*

**GRANTED.** The Clerk shall terminate the case.
Dated: 6/27/2018

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Maria-Elena James]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ATKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>INSTAMOTOR INC., a Delaware corporation,<br><br>Defendant. | Case No.  3:17-cv-06461-MEJ<br><br>Hon. Maria-Elena James<br><br>**STIPULATION FOR DISMISSAL**<br><br>[F.R. Civ. P. 41(a)(1)(A)(ii)] |

**IT IS HEREBY STIPULATED**, by and among Plaintiff Michael Atkins ("Plaintiff") and Defendant Instamotor, Inc. ("Defendant"), by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed without prejudice. Each party shall bear its own costs and attorney's fees.

Dated:  June 27, 2018                GLANCY PRONGAY & MURRAY LLP

By:  *s/ Mark S. Greenstone*
Lionel Z. Glancy
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: mgreenstone@glancylaw.com

*Attorneys for Plaintiffs*

Dated:  June 27, 2018                DLA PIPER LLP (US)

By:  *s/ Andrew R. Escobar*
Andrew R. Escobar, Bar No. CA-248242
2000 University Avenue
East Palo Alto, California 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001
E-mail: andrew.escobar@dlapiper.com

-and-

Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104-7044
Tel: 206.839.4800
Fax: 206.839.4801
E-mail: anthony.todaro@dlapiper.com

*Attorneys for Defendant*

**General Order 45, Section X Certification**

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Gen. Order 45, Section X(B).

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 27, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2018, at Los Angeles, California.

                                        *s/ Mark S. Greenstone*
                                        Mark S. Greenstone

# Mailing Information for a Case 3:17-cv-06461-MEJ Atkins v. Instamotor, Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew Ramiro Escobar**
  andrew.escobar@dlapiper.com,patsy.howson@dlapiper.com,andrew-escobar-3274@ecf.pacerpro.com,rachel.evans@dlapiper.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Mark Samuel Greenstone**
  mgreenstone@glancylaw.com,info@glancylaw.com

- **Anthony Todaro**
  anthony.todaro@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`